# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2011 JAN 14 PM 3:37

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

ANA MARIA PEREZ-GONZALEZ,

               Defendant.

CASE NO. 10CR4760-JAH

BY _____ DEPUTY

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of the Information: 21 USC 952 AND 960

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 11, 2011

_____
BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE